STEVEN R. JACOBSEN, BAR NO. 95246
LAW OFFICES OF STEVEN R. JACOBSEN
825 WASHINGTON STREET, SUITE 300
OAKLAND, CALIFORNIA 94607
(510) 465-1500
SRJ@THEACCIDENTALLAWYER.COM

ATTORNEY FOR PLAINTIFF
JOSE GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA, | Case No.: C09-03302-TEH |
| Plaintiff, | STIPULATED REQUEST FOR DISMISSAL |
| vs. | |
| CITY OF SAN FRANCISCO, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel of record, after having settled this action in its entirety, that this court enter a dismissal of this action in its entirety, with prejudice.

SO STIPULATED.

Dated: March 22, 2011

LAW OFFICES OF STEVEN R. JACOBSEN

By _____
STEVEN R. JACOBSEN
Attorney for Plaintiff
Jose Garcia

Dated: March 22, 2011

By _____
ROBERT A. BONTA
Deputy City Attorney
Attorneys for Defendants
The City and County of San Francisco
Police Chief George Gascon and
Police Officer Kevin O'Leary

-1-

STIPULATED REQUEST FOR DISMISSAL
Case No. C09-03302-TEH

[~~PROPOSED~~] ORDER

Upon stipulation of the parties hereto, by and through their respective counsel of record, and after having duly considered the request, it is hereby the order of this court that plaintiff's complaint is DISMISSED in its entirety, with prejudice.

DATED: 03/24/2011



_____
HON. _____ DERSON
Judge Thelton E. Henderson